**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1802**

———————

MICHAEL CRAIG CLARK,

Plaintiff - Appellant,

versus

JONATHAN NIXON; JEFF PROCTOR; STATE OF NORTH
CAROLINA; DONALD HOBBS; KENT CHAPPELL; CLIFF
HOBBS; PAUL COPELAND; WALLY HOBBS; CHAD
MATTHEWS; ALAN CORPREW; SCOTT WAFF,

Defendants - Appellees,

and

MARK DAVIS; JOHN V. MATTHEWS; PERQUIMANS
COUNTY,

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City. Malcolm J. Howard,
District Judge. (CA-02-47-2-H-1)

———————

Submitted: October 22, 2004          Decided: December 9, 2004

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————————

Michael Craig Clark, Appellant Pro Se. Donald Carpenter Prentiss, HORNTHAL, RILEY, ELLIS & MALAND, Elizabeth City, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Craig Clark appeals the district court's orders denying relief on his civil complaint alleging violations of 42 U.S.C. §§ 1983, 1985 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Clark v. Nixon, No. CA-02-47-2-H-1 (E.D.N.C. Dec. 18, 2002 & June 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED